**Electronically Filed**
**Supreme Court**
**SCWC-16-0000087**
**18-OCT-2017**
**01:32 PM**

SCWC-16-0000087

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

MATTHEW K. HAILI also known as Matthew K. Haili, Jr.,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000087; FC-CR. NO. 15-1-2040)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Matthew K. Haili's

application for writ of certiorari, filed on September 5, 2017,

is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 18, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

